DARYL G. PARKER (State Bar No. 47048)
JAMES E. MAHONEY
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4100
(310) 277-6910

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITING AT LLOYD'S SUBSCRIBING TO COVER NOTE PC 1003794, <br><br> *Plaintiff,* <br><br> - against - <br><br> RV TRANSPORT SERVICE LLC, <br><br> *Defendant.* | Case No.: CV 12-07214 DMG (PLAx) <br><br> **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [25]** |

The parties' stipulation having been considered and good cause appearing therefor, IT IS HEREBY ORDERED that:

The case is dismissed with prejudice and with each side to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 29, 2013

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE